DANIEL G. BOGDEN
United States Attorney
District of Nevada

TROY K. FLAKE
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: troy.flake@usdoj.gov

*Attorneys for the United States.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | ) ) ) |
| Plaintiff, | ) Case No. 2:15-cv-00745 ) ) |
| v. | ) **ORDER** ) |
| MY GLOBAL LEVERAGE, LLC and TONEY BLONDO EGGLESTON, | ) ) ) ) |
| Defendants. | |

**MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court admit Government attorneys Glenn I. Chernigoff and Alison B. Wilson to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of employment by the United States. Rule IA 10-3 provides:

> Unless otherwise ordered by the Court, any nonresident attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and, while being so employed, has occasion to appear in this Court on behalf of the United States, shall, upon motion of the United States Attorney or the Federal Public Defender for this district or one of the assistants, be permitted to practice before this court during the period of such employment.

1  Mr. Chernigoff and Ms. Wilson are attorneys with the U.S. Commodity Futures Trading
2  Commission, an agency of the federal government. Mr. Chernigoff is a member in good standing of
3  the bars of the District of Columbia (No. 488500), California (inactive; No. 149309) and Maryland
4  (inactive). Ms. Wilson is a member in good standing of the bars of the District of Columbia (No.
5  475992) and Virginia (inactive; No. 46000).

6  The following contact information is provided to the Court:

> Glenn I. Chernigoff, Trial Attorney
> Alison B. Wilson, Chief Trial Attorney
> U.S. Commodity Futures Trading Commission
> Division of Enforcement
> 1155 21st Street, N.W.
> Washington, D.C. 20581
> Phone: (202) 418-5305 (Chernigoff)
> Phone: (202) 418-5568 (Wilson)
> Fax: (202) 418-5523
> Email: GChernigoff@CFTC.gov
> Email: AWilson@CFTC.gov

13  Accordingly, the United States respectfully requests that the Court admit Glenn I. Chernigoff
14  and Alison B. Wilson to practice in the District of Nevada for the duration of their employment by the
15  United States.

16  Respectfully submitted this 23rd day of April 2015.

DANIEL G. BOGDEN
United States Attorney

*/s/ Troy K. Flake*
TROY K. FLAKE
Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: April 23, 2015